FEBRUARY 5, 2002

No. 01A576 (01–8099). BOTTOSON v. FLORIDA ET AL. Sup. Ct. Fla. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, granted pending disposition of the petition for writ of certiorari. Should the petition for writ of certiorari be denied, this stay shall terminate automatically. In the event the petition for writ of certiorari is granted, the stay shall terminate upon the issuance of the mandate of this Court. JUSTICE O'CONNOR took no part in the consideration or decision of this case.

No. 01–8148 (01A587). OWSLEY v. LUEBBERS, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Certiorari denied.

FEBRUARY 8, 2002

No. 01A598 (01–8240). MARTIN v. CAIN, WARDEN. Sup. Ct. La. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, granted pending disposition of the petition for writ of certiorari. Should the petition for writ of certiorari be denied, this stay shall terminate automatically. In the event the petition for writ of certiorari is granted, the stay shall terminate upon the issuance of the mandate of this Court.

FEBRUARY 14, 2002

No. 01–8268 (01A603). IN RE BYRD. Application for stay of execution of sentence of death, presented to JUSTICE STEVENS, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

FEBRUARY 15, 2002

No. 01–654. CELLCO PARTNERSHIP, DBA VERIZON WIRELESS v. NEXTWAVE PERSONAL COMMUNICATIONS INC. ET AL. C. A.